**FILED**

APR 0 1 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8271

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Edna Lizeth LOZANO-Guzman | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about March 31, 2008, within the Southern District of California, defendant Edna Lizeth LOZANO-Guzman did knowingly and intentionally import approximately 26.80 kilograms (58.96 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 1ST DAY OF APRIL 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Edna Lizeth LOZANO-Guzman

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Joe Morquecho.

On March 31, 2008, at approximately 0955 hours, Edna Lizeth LOZANO-Guzman entered the United States at the Calexico, CA East Port of Entry. LOZANO was the sole occupant of a 2003 Volkswagon Shara.

LOZANO gave a negative Customs declaration to Customs and Border Protection Officer (CBPO) Baca. During questioning, LOZANO told CBPO Baca she was going to Wal-Mart, and stated she was the owner of the vehicle. While inspecting the vehicle, CBPO Baca noticed that LOZANO appeared nervous. CBPO Baca escorted LOZANO and the vehicle to the vehicle secondary lot for further inspection.

In the vehicle secondary inspection lot CBP Canine Enforcement Officer (CEO) Alba swept the vehicle with his assigned Narcotic Detector Dog (NDD). After inspecting the vehicle, CEO Alba informed CBPO Baca of his NDD's alert to the vehicle. A subsequent inspection of the vehicle revealed 24 packages, which were discovered in the dashboard. One of the packages was probed and field-tested positive for cocaine. The 24 packages had a combined net weight of approximately 26.80 kilograms (58.96 pounds) of cocaine.

LOZANO was advised of her rights per Miranda. LOZANO stated she understood her rights and was willing to answer questions without the presence of an attorney. LOZANO stated she owned the vehicle since the end of October. LOZANO said she was planning on going to the Wal-Mart Store in Calexico and then return to Mexico.